**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DANIEL HILL                                                                                        PLAINTIFF
ADC #148493

V.                                        NO: 5:13CV00206 SWW/HDY

RANDY WATSON *et al.*                                                                  DEFENDANTS


**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Susan W. Wright.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.   Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge  (if such a  hearing is granted)  was not  offered at  the
        hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the
        hearing before the District Judge in the form of an offer of
        proof, and a copy, or the original, of any documentary or
        other non-testimonial evidence desired to be introduced at
        the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary

hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff Daniel Hill, an inmate incarcerated at the Arkansas Department of Correction's

Varner Unit, filed a *pro* se complaint on July 5, 2013. Because Plaintiff's *in forma pauperis*

application did not contain the required financial information, it was denied in an order entered on

July 8, 2013 (docket entry #3). That same order directed Plaintiff to file a complete *in forma*

*pauperis* application, with financial information, or to pay the $400.00 filing and administrative fees

within 30 days, and warned him that his failure to do so would result in the recommended dismissal

of his complaint. More than 30 days have passed and Plaintiff has not paid the filing fee, filed a

complete *in forma pauperis* application, or otherwise responded to the order. Under these

circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice

for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond

to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have

inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is

reviewed for abuse of discretion).

2

IT  IS THEREFORE RECOMMENDED THAT:

1.      Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the

filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment

dismissing this action is considered frivolous and not in good faith.

DATED this __13__ day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE