**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DANIEL HILL                                                                                          PLAINTIFF
ADC #148493

V.                                             NO: 5:13CV00206 SWW

RANDY WATSON *et al.*                                                                  DEFENDANTS

## ORDER

Before the Court is plaintiff's motion for reconsideration of the Order and Judgment entered on September 3, 2013, dismissing his complaint without prejudice for failure to pay the filing fee, failure to comply with the Local Rules, and failure to respond to the Court's Order. Plaintiff states he did not understand how to complete the application to proceed *in forma pauperis* and asks to re-submit his complaint alleging denial of medical care.

The motion [ECF No. 7] is denied. Because the Court dismissed plaintiff's complaint without prejudice, he may re-file the complaint within one year following its dismissal.

IT IS SO ORDERED this 18th day of June, 2014.

                                                                /s/Susan Webber Wright
                                                             UNITED STATES DISTRICT JUDGE